# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**KATIE OGDON,**

v.

**GRAND CANYON UNIVERSITY, INC., ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:20–CV–00709–DAD–SKO**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 03/22/2022**

**Keith Holland**
Clerk of Court

ENTERED: **March 22, 2022**

by: /s/ S. Martin–Gill
Deputy Clerk