Hassan A. Zavareei (*pro hac vice*)
Kristen G. Simplicio (*pro hac vice*)
Elvia Lopez (*pro hac vice*)
Lauren Kuhlik (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street, Northwest, Suite 1000
Washington, District of Columbia 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
ksimplicio@tzlegal.com
elopez@tzlegal.com
lkuhlik@tzlegal.com

Annick Persinger (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
apersinger@tzlegal.com

*Counsel for Plaintiff Katie Ogdon and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Katie Ogdon, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Grand Canyon University, Inc., et al.,<br><br>Defendants. | No. 2:22-cv-00477-DLR<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES** |

Pursuant to LRCiv 5.2 of the Local Rules of the United States District Court for the District of Arizona and FED R. CIV. P. 5(d)(1)(A), Plaintiff Katie Ogdon, by and through the undersigned counsel, hereby gives notice of serving their Initial Disclosures to Defendants Grand Canyon University, Grand Canyon Education Incorporated, Brian Mueller, Dan Bachus, and Stan Meyer on May 26, 2022

| | |
|---|---|
| Dated: May 26, 2022 | Respectfully Submitted,<br><br>**TYCKO & ZAVAREEI, LLP**<br><br>/s/*Hassan A. Zavareei*<br>Hassan A. Zavareei (*pro hac vice*)<br>Kristen G. Simplicio (*pro hac vice*)<br>Elvia Lopez (*pro hac vice*)<br>Lauren Kuhlik (*pro hac vice*)<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street, Northwest, Suite 1000<br>Washington, District of Columbia 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>hzavareei@tzlegal.com<br>ksimplicio@tzlegal.com<br>elopez@tzlegal.com<br>lkuhlik@tzlegal.com<br><br>Annick Persinger (*pro hac vice*)<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>Telephone: (510) 254-6808<br>Facsimile: (202) 973-0950<br>apersinger@tzlegal.com<br><br>*Counsel for Plaintiff Katie Ogdon and the Proposed Class* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May 2022, I electronically filed the foregoing document using the CM/ECF system, which shall serve electronically the foregoing document on all registered case participants as identified on the Notice of Electronic Filing.

*/s/ Hassan A. Zavareei*
3