ELIZABETH A. SPERLING (SBN 021772)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Facsimile: 213.576.1100
Email: elizabeth.sperling@alston.com

DERIN DICKERSON (*Pro Hac Vice*)
ANDREW J. LIEBLER (*Pro Hac Vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree St., NW
Atlanta, Georgia  30309
Telephone: 404.881.7000
Email: derin.dickerson@alston.com
        andrew.liebler@alston.com

*Attorneys for Defendants GRAND CANYON EDUCATION, INC., BRIAN MUELLER, DAN BACHUS, and STAN MEYER*

[Additional Counsel on Signature Pages]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| KATIE OGDON, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAND CANYON UNIVERSITY, INC., an Arizona corporation, and GRAND CANYON EDUCATION, INC. d/b/a GRAND CANYON UNIVERSITY, a Delaware corporation, BRIAN MUELLER, DAN BACHUS, STAN MEYER,<br><br>Defendant. | Case No. CV-22-00477-PHX-DLR<br><br>Assigned to the Hon. Douglas L. Rayes<br><br>**DEFENDANTS' NOTICE OF AMENDED MOTION AND AMENDED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>Fed. Rule of Civ. Proc. 12(b)(6) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants GRAND CANYON UNIVERSITY, INC., GRAND CANYON EDUCATION, INC., BRIAN MUELLER, DAN BACHUS, and STAN MEYER ("Defendants"), will and hereby do move to dismiss the claims of Plaintiff KATIE OGDON ("Plaintiff"), made in her First Amended Complaint (Docket # 18), for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This Amended Motion is made pursuant to this Court's Orders (Docket #54 and #56) granting the Parties' Joint Letter Request for Amended Motion to Dismiss Briefing (Docket # 53). *See* concurrently filed Local Rule 12.1 Certification of Counsel.

This Amended Motion is based on the grounds that Plaintiff's claims for fraud, RICO, and violation of the California Consumer Protection Statutes fail to state a claim upon which relief may be granted.

This Amended Motion is based on this Notice of Amended Motion, the attached Memorandum of Points and Authorities in support of the Amended Motion to Dismiss, the Declaration of Kathleen Hall in support of Defendant's Motion to Dismiss (Docket # 10), the Exhibits attached to said Declaration, the Certification of Counsel in support of Defendants' Amended Motion to Dismiss, the Proposed Order filed concurrently herewith, and all pleadings and papers on file herein.

Dated: May 27, 2022    Respectfully submitted,

                            ELIZABETH A. SPERLING
                            DERIN B. DICKERSON (*Pro Hac Vice*)
                            ANDREW J. LIEBLER (*Pro Hac Vice*)
                            **ALSTON & BIRD LLP**

                            By:  */s/ Elizabeth A. Sperling*
                                   Elizabeth A. Sperling
                                   *Attorneys for Grand Canyon Education, Inc., Brian Mueller, Dan Bachus, and Stan Meyer*

Dated:   May 27, 2022    AMY L. PIERCE *(Pro Hac Vice)*
                            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                            By: */s/ Amy L. Pierce*
                                Amy L. Pierce
                                *Attorneys for Defendant Grand Canyon University, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, I caused a copy of **DEFENDANTS' NOTICE OF AMENDED MOTION AND AMENDED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM** to be served upon counsel in the manner described below:

Via the Court's CM/ECF system:

Annick Persinger
Tycko & Zavareei LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
apersinger@tzlegal.com

Hasaan A. Zavareei
Kristen G. Simplicio
1828 L Street, Northwest, Suite 1000
Washington, D.C. 20036
hzavareei@tzlegal.com
ksimplicio@tzlegal.com

*Attorneys for Plaintiff*

By:  */s/ Elizabeth A. Sperling*
Elizabeth A. Sperling
*Attorneys for Defendants Grand Canyon Education, Inc.,
Brian Mueller, Dan Bachus, and Stan Meyer*