# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katie Ogdon, | No. CV-22-00477-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Grand Canyon University Incorporated, et al., | |
| Defendants. | |

The Court having ruled on Defendants' Motion to Dismiss,

**IT IS ORDERED** that the status conference set for **August 25, 2023, at 11:00 a.m**. is converted to a Rule 16 Scheduling Conference. This hearing will be held telephonically. The parties will be provided with call-in information via separate email.

**IT IS FURTHER ORDERED** that, no later than **August 18, 2023**, the parties shall submit a revised Rule 26(f) report with updated proposed deadlines.

Dated this 8th day of August, 2023.

Douglas L. Rayes
United States District Judge