# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katie Ogdon, | No. CV-22-00477-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Grand Canyon University Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Motion for Stay Pending Mediation (Doc. 114), and good cause appearing;

**IT IS ORDERED** that the parties' joint motion is **GRANTED**. The Parties shall provide a status report on or before **March 15, 2024** to inform the Court of the mediation date and date by which the stay shall expire.

Dated this 8th day of March, 2024.

Douglas L. Rayes
United States District Judge