Robert B. Carey (011186)
Leonard W. Aragon (020977)
E. Tory Beardsley (031926)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com
toryb@hbsslaw.com

Kristen G. Simplicio (*pro hac vice*)
Hassan A. Zavareei (*pro hac vice*)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Ave NW, Suite 1010
Washington, District of Columbia 20036
Telephone: (202) 973-0900
hzavareei@tzlegal.com
ksimplicio@tzlegal.com

[Additional Counsel Listed on Signature Page]

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katie Ogdon, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Grand Canyon University, Inc., et al.,<br><br>Defendants. | No. 2:22-cv-00477-PHX-DLR<br><br>**JOINT STATUS REPORT REGARDING MEDIATION**<br><br>Assigned to the Hon. Douglas L. Rayes |

The Parties, as requested by the Court's March 11, 2024 Order, give notice that they have agreed to mediate this case on May 21, 2024, before the Honorable James Lambden (Ret.) of ADR Services Inc. The parties further request that the stay expire no earlier than July 21, 2024, to allow the parties to complete the mediation process. The Parties propose that they file a status report seven days prior to the stay being lifted informing the Court whether the case is resolved, or that the parties will move forward with litigation. A proposed form of Order is attached hereto.

RESPECTFULLY SUBMITTED this 15th day of March 2024,

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **ALSTON & BIRD LLP** |
|---|---|
| By  s/Leonard W. Aragon | By  s/ Derin B. Dickerson *with permission* |
| Robert B. Carey (011186) | Derin B. Dickerson (*Pro Hac Vice*) |
| Leonard W. Aragon (020977) | Andrew J. Liebler (*Pro Hac Vice*) |
| E. Tory Beardsley (031926) | ALSTON & BIRD LLP |
| 11 West Jefferson Street, Suite 1000 | 1201 West Peachtree Street NW |
| Phoenix, Arizona 85003 | Atlanta, Georgia 30309 |
| Telephone: (602) 840-5900 | Telephone: (404) 881-7000 |
| rob@hbsslaw.com | derin.dickerson@alston.com |
| leonard@hbsslaw.com | andrew.liebler@alston.com |
| toryb@hbsslaw.com | |
| | Elizabeth A. Sperling (021772) |
| Kristen G. Simplicio (*Pro Hac Vice*) | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| Hassan A. Zavareei (*Pro Hac Vice*) | 501 West Broadway, Suite 800 |
| TYCKO & ZAVAREEI LLP | San Diego, California 92101 |
| 2000 Pennsylvania Avenue NW, Suite 1010 | Telephone: (619) 762-5953 |
| Washington, District of Columbia 20006 | esperling@glaserweil.com |
| Telephone: (202) 973-0900 | |
| hzavareei@tzlegal.com | *Attorneys for Grand Canyon Education, Inc., Brian Mueller, Dan Bachus, and Stan Meyer* |
| ksimplicio@tzlegal.com | |
| | |
| Annick Persinger (*Pro Hac Vice*) | |
| TYCKO & ZAVAREEI LLP | |
| 1970 Broadway, Suite 1070 | |
| Oakland, California 94612 | |
| Telephone: (510) 254-6808 | |
| apersinger@tzlegal.com | |

1

| | | |
|---|---|---|
| 1 | G. Franklin Lemond, Jr. | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 2 | WEBB, KLASE & LEMOND, LLC | |
| | 1900 The Exchange SE, Suite 480 | |
| 3 | Atlanta, GA 30339 | By  s/ Amy L. Pierce *with permission* |
| | Telephone: (770) 444-9594 | Amy L. Pierce (*Pro Hac Vice*) |
| 4 | franklin@webbllc.com | 2020 West El Camino Ave., Suite 700 |
| 5 | | Sacramento, California 95833 |
| | *Attorneys for Plaintiff Katie Ogdon and the Proposed* | Telephone: (916) 646-8210 |
| 6 | *Class* | amy.pierce@lewisbrisbois.com |
| 7 | | Kathryn A. Honecker (020849) |
| 8 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | | 2929 North Central Avenue, Suite 1700 |
| 9 | | Phoenix, Arizona 85012 |
| 10 | | Telephone: (602) 385-7864 |
| | | kathryn.honecker@lewisbrisbois.com |
| 11 | | |
| | | *Attorneys for Grand Canyon University, Inc.* |

2