**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Katie Ogdon, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Grand Canyon University, Inc., et al.,<br><br>Defendants. | No. 2:22-cv-00477-PHX-DLR<br><br>**[PROPOSED] ORDER EXTENDING STAY**<br><br>Assigned to the Hon. Douglas L. Rayes |

The Court, having considered the parties' Joint Status Report Regarding Mediation, and with good cause appearing,

**IT IS HEREBY ORDERED** extending the stay until July 21, 2024. The Parties shall file a joint status report no later than seven days prior to the end of the stay.