Robert B. Carey (011186)
Leonard W. Aragon (020977)
E. Tory Beardsley (031926)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com
toryb@hbsslaw.com

Kristen G. Simplicio (*pro hac vice*)
Hassan A. Zavareei (*pro hac vice*)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Ave NW, Suite 1010
Washington, District of Columbia 20036
Telephone: (202) 973-0900
hzavareei@tzlegal.com
ksimplicio@tzlegal.com

[Additional Counsel Listed on Signature Page]

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katie Ogdon, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Grand Canyon University, Inc., et al.,<br><br>Defendants. | No. 2:22-cv-00477-PHX-DLR<br><br>**JOINT STATUS REPORT**<br><br>Assigned to the Hon. Douglas L. Rayes |

1  On March 18, 2024, the Court entered an order staying this case until July 21, 2024.
2  At that time, the Parties had informed the Court that they agreed to mediate this case on
3  May 21, 2024, before the Honorable James Lambden (Ret.) of ADR Services Inc.
4  The parties engaged in informal settlement negotiations before the scheduled
5  mediation, and it became apparent that the parties needed additional data to help inform the
6  settlement discussions. The Court also issued an order reinstating Plaintiff's RICO claim on
7  March 21, 2024, which substantively affected the case and the parties' respective settlement
8  postures. To give Defendants additional time to collect data in support of the parties'
9  mediation efforts, and due to scheduling conflicts, the parties rescheduled the mediation to
10  August 1, 2024. Defendants have represented that the collection of data is nearly complete,
11  and Defendants anticipate producing it no later than July 17. Upon receipt, Plaintiff, on
12  behalf of the putative class, will immediately review the new data and update their settlement
13  demand to Defendants in advance of the August 1 mediation.

14  **To allow the parties to continue their good faith settlement efforts, the parties**
15  **respectfully request that the stay be continued to October 1, 2024**, **to allow the parties**
16  **to complete the mediation process**. The Parties propose that they file a status report
17  seven days prior to the stay being lifted informing the Court whether the case is resolved, or
18  that the parties will move forward with litigation. A proposed form of Order is attached
19  hereto.

20  RESPECTFULLY SUBMITTED this 12th day of July 2024,

21  **HAGENS BERMAN SOBOL SHAPIRO LLP**      **ALSTON & BIRD LLP**

23  By  s/Leonard W. Aragon                     By  s/ Derin B. Dickerson *with permission*
    Robert B. Carey (011186)                    Derin B. Dickerson (*Pro Hac Vice*)
24  Leonard W. Aragon (020977)                  Andrew J. Liebler (*Pro Hac Vice*)
    E. Tory Beardsley (031926)                  ALSTON & BIRD LLP
25  11 West Jefferson Street, Suite 1000        1201 West Peachtree Street NW
    Phoenix, Arizona 85003                      Atlanta, Georgia 30309
26  Telephone: (602) 840-5900                   Telephone: (404) 881-7000
27  rob@hbsslaw.com                             derin.dickerson@alston.com
    leonard@hbsslaw.com                         andrew.liebler@alston.com
28  toryb@hbsslaw.com

1

| | |
|---|---|
| Kristen G. Simplicio (*Pro Hac Vice*) | Elizabeth A. Sperling (021772) |
| Hassan A. Zavareei (*Pro Hac Vice*) | GLASER WEIL FINK HOWARD JORDAN & |
| TYCKO & ZAVAREEI LLP | SHAPIRO LLP |
| 2000 Pennsylvania Avenue NW, Suite 1010 | 501 West Broadway, Suite 800 |
| Washington, District of Columbia 20006 | San Diego, California 92101 |
| Telephone: (202) 973-0900 | Telephone: (619) 762-5953 |
| hzavareei@tzlegal.com | esperling@glaserweil.com |
| ksimplicio@tzlegal.com | |

*Attorneys for Grand Canyon Education, Inc., Brian Mueller, Dan Bachus, and Stan Meyer*

Annick Persinger (*Pro Hac Vice*)
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
apersinger@tzlegal.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By  s/ Amy L. Pierce *with permission*
Amy L. Pierce (*Pro Hac Vice*)
2020 West El Camino Ave., Suite 700
Sacramento, California 95833
Telephone: (916) 646-8210
amy.pierce@lewisbrisbois.com

G. Franklin Lemond, Jr.
WEBB, KLASE & LEMOND, LLC
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
Telephone: (770) 444-9594
franklin@webbllc.com

Kathryn A. Honecker (020849)
LEWIS BRISBOIS BISGAARD & SMITH LLP
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012
Telephone: (602) 385-7864
kathryn.honecker@lewisbrisbois.com

*Attorneys for Plaintiff Katie Ogdon and the Proposed Class*

*Attorneys for Grand Canyon University, Inc.*

2