# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katie Ogdon, | No. CV-22-00477-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Grand Canyon University Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Status Report (Doc. 120), and good cause appearing,

**IT IS ORDERED** extending the stay until October 1, 2024, to allow the parties' to complete mediation. The parties shall file a joint status report no later than seven days prior to the end of the stay.

Dated this 12th day of July, 2024.

Douglas L. Rayes
Senior United States District Judge